IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACK WADE WARREN, | ) |
|       Petitioner, | ) |
| vs. | ) CIVIL NO. 09-cv-726-JPG |
| LISA J.W. HOLLINGSWORTH, | ) |
|       Respondent. | ) |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

      This matter is before the Court *sua sponte* and also for preliminary review of the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases in the United States District Courts.

      Petitioner initially filed the instant petition for a writ of habeas corpus with the United States Court of Appeals for the Seventh Judicial Circuit. *See In re Jack W. Warren*, Case No. 09-2926 (7th Cir.). The Seventh Circuit transferred the petition to this Court pursuant to Federal Rule of Appellate Procedure 22(a). *Id*. Accordingly, the Clerk of Court opened this new civil action.

      However, at the time the instant petition was transferred to this Court, Petitioner already had a petition for a writ of habeas corpus pending in this Court: *Jack Wade Warren v. Lisa J.W. Hollingsworth*, Case No.09-cv-666-JPG (S.D. Ill., filed Aug. 26, 2009). The instant petition and the petition filed in Case No. 09-cv-666 both seek habeas relief for the same set of facts. Specifically, both petitions challenge (1) Petitioner's placement in "SHU" after being issued an "incident report" for attempted threats and extortion; and (2) more broadly, his confinement in the Communications Management Unit (CMU) at the United States Penitentiary located in Marion, Illinois (USP-

Marion). As such, the instant petition is duplicative of the petition filed in Case No. 09-cv-666.

The interests of judicial efficiency dictate that Petitioner's habeas challenges concerning his confinement in SHU and CMU at USP-Marion should proceed in one action, not two. Accordingly, the Clerk of Court is **DIRECTED TO ADMINISTRATIVELY CLOSE** this case. All pending motions are **DENIED** as moot.[1] Petitioner is **DIRECTED** to file all future pleadings, motions, documents, and papers concerning his pending habeas corpus action in Case No. 09-cv-666 only, not in this case.

**IT IS SO ORDERED.**

**Dated: 12/11/2009**

                                            **s/ J. Phil Gilbert**
                                            **U. S. District Judge**

---

[1] Duplicate motions are already filed in Case No. 09-cv-666 and there is no need for Petitioner to refile these motions in the other case.